John TOLOTTI and Mary Tolotti, Appellants, v. EQUIT-
ABLE REAL ESTATE & INVESTMENT CO. et al., Re-
spondents.

No. 4455.   Decided October 3, 1927.   (260 P. 419.)

*King & Schulder,* of Salt Lake City, *Knox Patterson,* of
Moab, and *Hermel Pratt,* of Price, for appellants.

*L. R. McGee,* of Price, for respondents.

STRAUP, J.

The questions involved on appeal in this case are similar
to those involved in the case of *Mary Tolotti* v. *Real Estate
& Investment Co. et al.* (Utah) 260 P. 415, just decided, and,
for the reasons therein stated, the judgment of the court
below in this case is also reversed, and the cause remanded
for a new trial; costs to appellants.

THURMAN, C. J., and GIDEON and HANSEN, JJ., con-
cur.

CHERRY, J., dissenting.